[No. 36167.   Department One.   June 7, 1962.]

TIDELAND OIL & GAS CORPORATION, *Appellant, v.* GILES J. HOGAN *et al., Respondents.*†

*Ralph Purvis,* for appellant.

*Clark W. Adams,* for respondents.

PER CURIAM.—The appellant, Tideland Oil and Gas Corporation, sued the respondents, Giles J. Hogan and wife, to recover $950 which it claims was paid on the purchase of tubing. Respondents had a different version which was that the tubing was rented and not sold and that the $950 paid was for its rental.

All assignments of error relate to findings of fact, and present noth-

\*Reported in 371 P. (2d) 934.
†Reported in 371 P. (2d) 1009.

ing but a factual dispute. While there was testimony supporting both sides of the matter, the trial court found that the tubing was not sold but was rented at $100 per month for ten months, leaving a balance due of $50, for which it awarded respondents judgment. The trial court believed the testimony of the respondents.

Again we are invited to retry a dispute of fact. It is settled by *Thorndike v. Hesperian Orchards, Inc.,* 54 Wn. (2d) 570, 343 P. (2d) 183, and subsequent cases, that factual disputes will not be retried upon appeal.

Affirmed.